IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITTLESTONE, INC., | No. C 08-4193 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 58] |
| HANDI-CRAFT CO., | |
| Defendant. / | |

Before the Court is Plaintiff's "Motion to Dismiss Action with Prejudice" [Docket No. 58], pursuant to Fed. R. Civ. P. 41(a)(2). The Defendant has filed a "Statement of Non-Opposition to Plaintiff's Motion to Dismiss Action with Prejudice." [Docket No. 66]. Having read and considered the arguments presented by the parties, the Court GRANTS the Plaintiff's motion to dismiss. The above-referenced action is DISMISSED WITH PREJUDICE and the Clerk is directed to close the file and terminate all pending deadlines.

IT IS SO ORDERED.

Dated: 6/2/09

SAUNDRA BROWN ARMSTRONG
United States District Judge