Robert L. Sallander Jr. (SBN 118352)
Chip B. Cox (SBN 159681)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: 925-866-1000
Facsimile: 925-830-8787

Attorneys for Plaintiff
WHITTLESTONE, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WHITTLESTONE, INC., a California Corporation,<br><br>  Plaintiffs,<br><br>vs.<br><br>HANDI-CRAFT COMPANY, a Missouri Corporation,<br><br>  Defendants. | Case No. C08-04193 SBA<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Whittlestone, Inc. appeals to the United States Court of Appeals for the Ninth Circuit from the final Judgment filed on June 3, 2009, the Order granting defendant's motion to strike filed on November 19, 2008, the Order denying plaintiff's motion for leave to file a motion for reconsideration or clarification filed on February 11, 2009, and any other Orders adjudicating plaintiff's claims in this action.

Dated: June 29, 2009

GREENAN, PEFFER, SALLANDER & LALLY LLP

By: /s/ Robert L. Sallander Jr.
Robert L. Sallander Jr.
Attorneys for WHITTLESTONE, INC.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

No. _____

| | |
|---|---|
| WHITTLESTONE, INC., | ) |
| | ) |
| Plaintiff and Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| HANDI-CRAFT CO., | ) |
| | ) |
| Defendant and Appellee. | ) |

**APPELLANT'S REPRESENTATION STATEMENT**

In the Appeal from the Order of the
United States District Court for the
Northern District of California
Hon. Saundra Brown Armstrong, Judge
D.C. No. C 08-4193-SBA

Robert L. Sallander Jr.
State Bar No. 118352
John P. Makin
State Bar No. 88853
Greenan, Peffer, Sallander & Lally LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA 94583
Telephone: (925) 866-1000

Attorneys for Plaintiff and Appellant
WHITTLESTONE, INC.

Pursuant to Circuit Rule 3-2(b) of the United States Court of Appeals for the Ninth Circuit, Appellant WHITTLESTONE, INC. hereby identifies all parties and their representative counsel in this appeal, including appellate counsel whom Appellant will be substituting in the appeal

| Plaintiff and Appellant | Appellate Counsel for Plaintiff and Appellant |
|---|---|
| WHITTLESTONE, INC. | Russell J. Hanlon |
| | Law Offices of Russell J. Hanlon |
| | 95 South Market Street, Suite 300 |
| | San Jose, CA 95113 |
| | Telephone:   408-975-7777 |

| Defendant and Appellee | Appellate Counsel for Defendant and Appellee |
|---|---|
| HANDI-CRAFT CO. | Dean Pollack, Esq. |
| | Rohit Sabnis, Esq. |
| | BURNHAM BROWN |
| | A Professional Corporation |
| | 1901 Harrison Street, 11th Floor |
| | Oakland, CA 94612 |
| | Telephone:   510-444-6800 |
| | |
| | Peter W. Herzog, Esq. |
| | Michael A. Vitale, Esq. |
| | HERZOG CREBS LLP |
| | 100 North Broadway, 14th Floor |
| | St. Louis, MO 63102-2728 |
| | Telephone:   314-231-6700 |

Dated: June 29, 2009

GREENAN, PEFFER, SALLANDER & LALLY

By: *(signature)*

ROBERT L. SALLANDER, JR.

Attorneys for Plaintiff and Appellant

WHITTLESTONE, INC.

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, the undersigned, hereby declare: |
| 3 | I am employed in the County of Contra Costa, State of California, in the office of a |
| 4 | member of the bar of this court, at whose direction the following service was made. I am over |
| 5 | the age of 18 and not a party to this legal action. My business address is: Greenan, Peffer, |
| 6 | Sallander & Lally, 6111 Bollinger Canyon Road, Suite 500, San Ramon, California 94583. |
| 7 | On the date given below, from the business address indicated above, I served a true and |
| 8 | correct copy of: |
| 9-10 | **NOTICE OF APPEAL**<br>**(WITH APPELLANT'S REPRESENTATION STATEMENT)** |
| 11 | on the interested parties in this matter by enclosing said document(s) in a sealed envelope, |
| 12 | addressed as follows: |

| Dean Pollack, Esq.<br>Rohit Sabnis, Esq.<br>BURNHAM BROWN<br>A Professional Corporation<br>1901 Harrison Street, 11th Floor<br>Oakland, CA 94604<br>Telephone:   510-444-6800<br>Facsimile:    510-835-6666<br>rsabnis@burnhambrown.com<br><br>**ATTORNEYS FOR HANDI-CRAFT** | Peter W. Herzog, Esq.<br>Michael A. Vitale, Esq.<br>HERZOG CREBS LLP<br>100 North Broadway, 14th Floor<br>St. Louis, MO 63102-2728<br>Telephone:   314-231-6700<br>Facsimile:    314-231-4656<br>pwh@herzogcrebs.com<br>mav@herzogcrebs.com<br><br>**ATTORNEYS FOR HANDI-CRAFT** |
|---|---|
| Russell J. Hanlon<br>LAW OFFICES OF RUSSELL J. HANLON<br>95 South Market Street, Suite 300<br>San Jose, CA 95113<br>Telephone:   408-975-7777<br>Facsimile:    408-995-3202<br>russellhanlon@yahoo.com<br><br>**ATTORNEY FOR WHITTLESTONE** | |

[X]  [BY MAIL]  I am readily familiar with the business practice of Greenan, Peffer, Sallander & Lally for collection and processing of correspondence for mailing with the United States Postal Service, wherein the correspondence would be deposited with the United States Postal Service that same day, in the ordinary course of business. I served such envelope(s) in accordance with said business practice. [FRCP 5(b)(2)(C)] on **June 29, 2009**

1  [ ]  **[BY FACSIMILE]**  I placed said document(s) to be transmitted via facsimile to the party (ies) at the facsimile number(s) indicated. Said transmission was reported as complete and without error by the transmitting machine. A copy of the transmission report is attached hereto. [FRCP 5(b)(2)(F)].

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **June 29, 2009** at San Ramon, California.

*[signature]*
Diane M. Houghton

Greenan,
Peffer,
Sallander &
Lally LLP

PROOF OF SERVICE

Case No.: C08-04193 SBA

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611003805
Cashier ID: lenahac
Transaction Date: 06/29/2009
Payer Name: Greenan Feffer et al

NOTICE OF APPEAL/DOCKETING FEE
 For: Whittlestone, Inc.
 Case/Party: D-CAN-4-08-CV-004193-001
 Amount:         $455.00

CHECK
 Check/Money Order Num: 8047
 Amt Tendered: $450.00
CASH
 Amt Tendered: $5.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

GBA


$5.00 cash from Robert Capurro, PO
Box 277, Danville, CA 94526-0277.


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```