```
1  MARK B. FREDKIN, ESQ. (SBN 53550)
   WILLIAM SIAMAS, ESQ. (SBN 133111)
2  MORGAN, FRANICH, FREDKIN & MARSH
   99 Almaden Boulevard, Suite 1000
3  San Jose, California 95113-1613
   Telephone: (408) 288-8288
4  Facsimile:  (408) 288-8325

5  Attorneys for Plaintiff
   WHITTLESTONE, INC.
```

Nov 08 2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHITTLESTONE, INC., a California corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>HANDI-CRAFT COMPANY, a Missouri corporation,<br><br>        Defendants. | Case No. CV 08-04193 SBA<br><br>**SUBSTITUTION OF COUNSEL OF RECORD FOR PLAINTIFF** |

   Plaintiff, WHITTLESTONE, INC., a California corporation, hereby substitutes MARK B. FREDKIN and MORGAN, FRANICH, FREDKIN & MARSH as counsel of record in place and stead of ROBERT L. SALLANDER JR., JOHN P. MAKIN and GREENAN, PEFFER, SALLANDER & LALLY LLP in this action.

   The address and contact information of Plaintiff's new counsel are:

   MARK B. FREDKIN, ESQ.
   MORGAN, FRANICH, FREDKIN & MARSH
   99 Almaden Boulevard, Suite 1000
   San Jose, California 95113-1613
   Telephone: (408) 288-8288
   Facsimile:  (408) 288-8325
   Email Address: mfredkin@mffmlaw.com

| | |
|---|---|
| 1 | I consent to this substitution. |
| 2 | |
| 3 | WHITTLESTONE, INC. a California corporation |

I consent to this substitution.

WHITTLESTONE, INC.
a California corporation

Dated: 10-19-2010    By: _____
                          Officer

I consent to this substitution.

Dated: November 4, 2010    _____
                           ROBERT L. SALLANDER JR.


GREENAN, PEFFER, SALLANDER & LALLY LLP

Dated: November 4, 2010    By: _____


I accept this substitution.

MORGAN, FRANICH, FREDKIN & MARSH

Dated: 10-25-10    By: _____
                       MARK B. FREDKIN


IT IS SO ORDERED.

DATED: 11-8-10    _____
                  HON. SAUNDRA B. ARMSTRONG
                  UNITED STATES DISTRICT JUDGE

Re: Wittlestone, Inc. v. Handi-Craft Company
United States District Court, Case No. CV 08-04193 SBA

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the within action. My business address is 99 Almaden Boulevard, Suite 1000, San Jose, California 95113-1606. On the date indicated below, I caused to be served in the manner indicated below the following document(s):

**SUBSTITUTION OF COUNSEL OF RECORD FOR PLAINTIFF**

| | |
|---|---|
| X | **MAIL** I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at San Jose, California. |
| | **FACSIMILE** I am readily familiar with the practice of this business for processing of documents via Telefax. Documents so processed are sent through the Telefax machine in our office and received simultaneously at their destination. The above-referenced document(s) were placed in the Telefax machine with all costs of Telefaxing prepaid, directed to each of the below listed parties using their Telefax number(s), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. |
| | **PERSONAL DELIVERY** by personally serving a true copy thereof on attorneys for TYPE NAME OF PARTY (E.G., DEFENDANT) by hand delivering said document in a sealed envelope addressed as follows: |
| | **FEDERAL EXPRESS** by placing a true copy thereof (to which was attached a copy of this document) in a sealed envelope, and transmitting said documents via Federal Express, guaranteed overnight delivery, to person(s) address as follows: |
| X | **BY ELECTRONIC MAIL.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed as follows: rsallander@gpsllp.com; jmakin@gpsllp.com; rsabnis@burnhambrown.com; pwh@herzogcrebs.com; may@herzogcrebs.com |

Robert L. Sallander Jr.
John P. Makin
Greenan, Peffer, Sallander & Lally LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA 94583
Telephone: (925) 866-1000
Facsimile:  (925) 830-8787
Email:      rsallander@gpsllp.com
            jmakin@gpsllp.com

PROOF OF SERVICE

1

| | |
|---|---|
| 1 | Dean Pollack |
| 2 | Rohit Sabnis<br>Burnham Brown |
| 3 | 1901 Harrison Street, 11th Floor<br>P. O. Box 119 |
| 4 | Oakland, CA 94604<br>Telephone: (510) 444-6800 |
| 5 | Facsimile: (510) 835-6666<br>Email:     rsabnis@burnhambrown.com |
| 6 | Herzog Crebs LLP |
| 7 | Peter W. Herzog, *Pro Hac Vice*<br>Michael A. Vitale, *Pro Hac Vice* |
| 8 | 100 North Broadway, 14th Floor<br>St. Louis, MO 63102 |
| 9 | Telephone: (314) 231-6700<br>Facsimile:  (314) 231-4656 |
| 10 | Email:     pwh@herzogcrebs.com<br>          mav@herzogcrebs.com |

Executed on November 5, 2010 at San Jose, California. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

*/s/ Maria Ramos*
Maria Ramos

PROOF OF SERVICE

2