BURNHAM BROWN
Dean Pollack State Bar No. 176440
Rohit A. Sabnis, State Bar No. 221465
1901 Harrison Street, 14th Floor
Oakland, CA 94612
Telephone:   (510) 444-6800
Facsimile:    (510) 835-6666
E-Mail address: dpollack@burnhambrown.com
                          rsabnis@burnhambrown.com

HERZOG CREBS LLP
Peter W. Herzog, *Pro Hac Vice*
Michael A. Vitale, *Pro Hac Vice*
100 North Broadway, 14th Floor
St. Louis, MO 63102
Telephone:   (314) 231-6700
Facsimile:    (314) 231-4656
E-Mail address: pwh@herzogcrebs.com
                          mav@herzogcrebs.com

Attorneys for Defendant/Counter-Claimant
HANDI-CRAFT COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHITTLESTONE, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> HANDI-CRAFT COMPANY, a Missouri corporation, <br><br> Defendants. | No. CV 08-04193 SBA <br><br> Assigned to the Hon. Saundra B. Armstrong, Courtroom 3 <br><br> **STIPULATION AND ORDER TO MODIFY ORDER FOR PRE-TRIAL PREPARATION TO ALLOW FILING OF FIRST AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND FIRST AMENDED COUNTER-CLAIM** <br><br> Action Filed:  September 4, 2008 |

1
STIPULATION FOR ORDER TO MODIFY ORDER FOR PRETRIAL
PREPARATION TO ALLOW FILING OF FIRST AMENDED ANSWER TO
SECOND AMENDED COMPLAINT AND FIRST AMENDED COUNTER-
CLAIM

No. C08-04193

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | HANDI-CRAFT COMPANY, |
| 4 | Counter-Claimant, |
| 5 | v. |
| 6 | WHITTLESTONE, INC., |
| 7 | Counter-Defendant. |

Pursuant to Civil Local Rules 7-1(a)(5) and 7-12 and Federal Rules of Civil Procedure ("FRCivP") 16(b)(4), Plaintiff Whittlestone, Inc. ("Whittlestone") and Defendant Handi-Craft Company ("Handi-Craft"), by and through their counsel, hereby stipulate to the following:

**WHEREAS** the Court entered an Order for Pre-Trial Preparation on May 20, 2011. The deadline for amending the pleadings, as established by such Order, was June 8, 2011.

**WHEREAS** Handi-Craft represents that on July 8, 2011 it acquired from a third party various e-mails exchanged between a resident of the United Kingdom and the principal of Whittlestone.

**WHEREAS** Handi-Craft believes that the communications in the above e-mails provide it with facts supporting an affirmative defense of fraud in the inducement as to the claims made in Plaintiff's Second Amended Complaint. Handi-Craft also believes that the e-mails provide it with facts supporting a cause of action against Whittlestone for fraud in the inducement.

**WHEREAS** Handi-Craft represents that, prior to July 8, 2011, it was not in possession of the above e-mails and did not know they existed. In addition, Handi-Craft represents that it was not, prior to July 8, 2011, otherwise aware of the facts contained in the e-mails nor was it

in possession of documents or other information that would have permitted it to ascertain facts in support of its claim for fraud in the inducement at any time before July 8, 2011.

**WHEREAS** Handi-Craft prepared a [Proposed] First Amended Answer to Second Amended Complaint and First Amended Counter-Claim containing both an affirmative defense and cause of action for fraud in the inducement and forwarded it to counsel for Whittlestone on July 29, 2011.

**WHEREAS** on August 2, 2011, Handi-Craft received correspondence from counsel for Whittlestone requesting that Handi-Craft provide Whittlestone with facts supporting good cause for modifying the Order for Pretrial Preparation and permitting the filing of its proposed amended answer and counter-claim.  Handi-Craft responded to Whittlestone's request on August 5, 2011.  Whittlestone agreed to stipulate to the filing of Handi-Craft's proposed amended answer and counter-claim on August 8, 2011.

**WHEREAS** Handi-Craft asserts that good cause exists for the relief requested by way of this stipulation.

Accordingly, Handi-Craft respectfully requests an Order from the Court as follows:

1.  That the May 20, 2011 Order for Pretrial Preparation be modified to allow Handi-Craft to file its First Amended Answer to Second Amended Complaint and First Amended Counter-Claim, attached hereto as Exhibit A, no later than 7 days following notice of the Court's execution of an Order pursuant to this Stipulation.

*///*

*///*

*///*

3
STIPULATION FOR ORDER TO MODIFY ORDER FOR PRETRIAL PREPARATION TO ALLOW FILING OF FIRST AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND FIRST AMENDED COUNTER-CLAIM

No. C08-04193

**IT IS SO STIPULATED.**

                           MORGAN, FRANICH, FREDKIN & MARSH

Dated: August 19, 2011

/s/ David A. Kays
By:_____
David A. Kays
 Attorneys for Plaintiff/Counter-Defendant
  WHITTLESTONE, INC.

DATED: August 19, 2011          BURNHAM BROWN
                                      HERZOG CREBS LLP

/s/ Rohit A Sabnis
By_____
  ROHIT A. SABNIS
  Attorneys for Defendant/Counter-Claimant
  HANDI-CRAFT COMPANY

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: August 30, 2011     /s/ Saundra B. Armstrong
                                  HON. SAUNDRA B. ARMSTRONG
                                  UNITED STATES DISTRICT COURT JUDGE

1094176

STIPULATION FOR ORDER TO MODIFY ORDER FOR PRETRIAL PREPARATION TO ALLOW FILING OF FIRST AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND FIRST AMENDED COUNTER-CLAIM     No. C08-04193