**United States District Court**
For the Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

7   WHITTLESTONE, INC.,                    No. C-08-04193-SBA  (DMR)

8            Plaintiff(s),                 **NOTICE OF RESCHEDULED
                                           SETTLEMENT CONFERENCE AND**
9        v.                                **SETTLEMENT CONFERENCE ORDER**

10  HANDI-CRAFT COMPANY,

11           Defendant(s).

12  _____/

13  TO ALL PARTIES AND COUNSEL OF RECORD:

14          The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes.

15          You are hereby notified that the settlement conference is rescheduled to **June 12, 2012 at**

16  **10:30 a.m.,** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.   For courtroom

17  number and floor information, please check the Court's on-line calendar at

18  http://www.cand.uscourts.gov or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639,

19  one week prior to the scheduled settlement conference.

20          Parties shall comply with the requirements and procedures set forth in this Court's Notice of

21  Settlement Conference and Settlement Conference Order dated October 27, 2011.  [ *See* Docket No.

22  96.]

23          IT IS SO ORDERED.

24

25  Dated:  May 2, 2012

26  _____

27  DONNA M. RYU
    United States Magistrate Judge

28