IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITTLESTONE, INC., <br><br> Plaintiff, <br><br> v. <br><br> HANDI-CRAFT COMPANY, <br><br> Defendant. | Case No. CV-08-4193 SBA (JSC) <br><br> **ORDER RE: HEARING ON DISCOVERY DISPUTE (DKT. NO. 105)** |

The Court is in receipt of a joint letter from the parties regarding Whittlestone, Inc.'s production of documents. (Dkt. No. 105.) The Court will oral argument on the dispute at 10:30 a.m. on Thursday, May 24, 2012 in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco. On or before Monday, May 21, 2012, each party may file additional material, if any, the party wishes the Court to consider in connection with the dispute, including any of the documents/emails referenced in the joint letter.

**IT IS SO ORDERED.**

Dated: May 16, 2012.

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE