BURNHAM BROWN
Dean Pollack State Bar No. 176440
Rohit A. Sabnis, State Bar No. 221465
1901 Harrison Street, 14th Floor
Oakland, CA 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
E-Mail address: dpollack@burnhambrown.com
rsabnis@burnhambrown.com

HERZOG CREBS LLP
Peter W. Herzog, *Pro Hac Vice*
Michael A. Vitale, *Pro Hac Vice*
100 North Broadway, 14th Floor
St. Louis, MO 63102
Telephone: (314) 231-6700
Facsimile: (314) 231-4656
E-Mail address: pwh@herzogcrebs.com
mav@herzogcrebs.com

Attorneys for Defendant/Counter-Claimant
HANDI-CRAFT COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHITTLESTONE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HANDI-CRAFT COMPANY, a Missouri corporation,<br><br>Defendants. | No. CV 08-04193 SBA<br><br>Assigned to the Hon. Saundra B. Armstrong, Courtroom 3 (JSC)<br><br>[~~PROPOSED~~] **ORDER ON DEFENDANT/COUNTER-CLAIMANT HANDI-CRAFT COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE** |
| HANDI-CRAFT COMPANY,<br><br>Counter-Claimant,<br><br>v.<br><br>WHITTLESTONE, INC.,<br><br>Counter-Defendant. | Action Filed: September 4, 2008 |

The matter comes before the Court on Defendant/Counter-Claimant Handi-Craft Company's (hereinafter "Handi-Craft") written request to have its St. Louis counsel, Michael A. Vitale and Peter W. Herzog, appear at the May 24, 2012 Hearing on Discovery Dispute by telephone. Having read and considered the request, the Court hereby grants the request as follows:

1. Handi-Craft's St. Louis counsel, Michael A. Vitale and Peter W. Herzog, may appear at the May 24, 2012 Hearing on Discovery Dispute (DKT NOS. 105 & 106) by telephone. Handi-Craft's local counsel shall appear in person. Counsel shall contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.

IT IS SO ORDERED.

Dated: 5/22/2012

_____
Hon. Jacqueline Scott Corley
UNITED STATES MAGISTRATE

2
[PROPOSED] ORDER ON DEFENDANT/COUNTER-CLAIMANT HANDI-CRAFT COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE     No. CV 08-04193