BURNHAM BROWN
Dean Pollack State Bar No. 176440
Rohit A. Sabnis, State Bar No. 221465
1901 Harrison Street, 14th Floor
Oakland, CA 94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
E-Mail address: dpollack@burnhambrown.com
             rsabnis@burnhambrown.com

HERZOG CREBS LLP
Peter W. Herzog, *Pro Hac Vice*
Michael A. Vitale, *Pro Hac Vice*
100 North Broadway, 14th Floor
St. Louis, MO 63102
Telephone:    (314) 231-6700
Facsimile:    (314) 231-4656
E-Mail address: pwh@herzogcrebs.com
             mav@herzogcrebs.com

Attorneys for Defendant/Counter-Claimant
HANDI-CRAFT COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHITTLESTONE, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HANDI-CRAFT COMPANY, a Missouri corporation,<br><br>　　　　　Defendants.<br><br>HANDI-CRAFT COMPANY,<br><br>　　　　　Counter-Claimant,<br><br>v.<br><br>WHITTLESTONE, INC.,<br><br>　　　　　Counter-Defendant. | No. CV 08-04193 SBA<br><br>Assigned to the Hon. Saundra B. Armstrong, Courtroom 3 (JSC)<br><br>[~~PROPOSED~~] **ORDER ON DEFENDANT/COUNTER-CLAIMANT HANDI-CRAFT COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Action Filed: September 4, 2008 |

1  The matter comes before the Court on Defendant/Counter-Claimant Handi-Craft
2  Company's (hereinafter "Handi-Craft") written request to have its St. Louis counsel, Michael A.
3  Vitale and Peter W. Herzog, appear at the May 24, 2012 Hearing on Discovery Dispute by
4  telephone. Having read and considered the request, the Court hereby grants the request as
5  follows:
6      1.    Handi-Craft's St. Louis counsel, Michael A. Vitale and Peter W. Herzog, may
7  appear at the May 24, 2012 Hearing on Discovery Dispute (DKT NOS. 105 & 106) by
8  telephone. Handi-Craft's local counsel shall appear in person. Counsel shall contact Court Call
9  at 1-888-882-6878 to make arrangements to appear by telephone.

IT IS SO ORDERED.

Dated: 5/22/2012

                                                       *Jacqueline S. Corley*
                                           Hon. Jacqueline Scott Corley
                                           UNITED STATES MAGISTRATE

2

[PROPOSED] ORDER ON DEFENDANT/COUNTER-CLAIMANT HANDI-CRAFT COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE        No. CV 08-04193