MARK B. FREDKIN, ESQ. (SBN 53550)
WILLIAM SIAMAS, ESQ. (SBN 133111)
DAVID A. KAYS, ESQ. (SBN 120798)
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California  95113-1613
Telephone: (408) 288-8288
Facsimile:  (408) 288-8325

Attorneys for Plaintiff
WHITTLESTONE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHITTLESTONE, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HANDI-CRAFT COMPANY, a Missouri corporation,<br><br>Defendants. | Case No. CV 08-04193 SBA<br><br>**STIPULATION FOR ORDER AND ORDER RESETTING THE TRIAL DATES AND RELATED PRETRIAL SCHEDULING  DATES** |

Pursuant to Civil Local Rules 7-1(a)(5) and 7-12 and Federal Rules of Civil Procedure ("FRCivP") 16(b)(4), Plaintiff Whittlestone, Inc. ("Whittlestone") and Defendant Handi-Craft Company ("Handi-Craft"), by and through their counsel, hereby stipulate to the following:

**WHEREAS** the original trial date of September 10, 2012 was vacated by the court on June 28, 2012.

**WHEREAS** the court ordered the parties to meet and confer regarding a new trial date and related scheduling dates.

///

1

**WHEREAS** the parties expect the trial of this matter to take approximately two calendar weeks.

**NOW THEREFORE** the parties have agreed to the following trial date and the related pretrial scheduling dates:

1. New trial date: June 17, 2013;

2. Pretrial Conference date: May 7, 2013

3. March 26, 2013 is the meet and confer date relative to Joint Pretrial Statement, Witness lists, exhibits list, etc.;

4. April 2, 2013 will be the date for filing the Joint Pretrial Statement, Trial Briefs, Jury Instructions, a Witness List, and an exhibit exchange;

5. April 9, 2013 will be the date for filing Motions in Limine and Objections to proposed evidence;

6. April 16, 2013 will be the date for Oppositions to Motions in Limine;

7. April 30, 2013 will be the date for Replies to Oppositions of Motions in Limine.

**IT IS SO STIPULATED.**

                              MORGAN, FRANICH, FREDKIN & MARSH

                              /s/ Mark B. Fredkin
Dated: October 10, 2012      By:_____
                                  Mark B. Fredkin
                              Attorneys for Plaintiff
                              WHITTLESTONE, INC.


                              BURNHAM BROWN
                              HERZOG CREBS, LLP

                              /s/ Rohit A. Sabnis
Dated: October 10, 2012      By:_____
                                  Rohit A. Sabnis
                              Attorneys for Defendant
                              HANDI-CRAFT COMPANY

**O R D E R**

Pursuant to the above Stipulation, the trial dates and related pretrial scheduling dates are as follows:

1. New trial date:  June 17, 2013;
2. Pretrial Conference date:  May 7, 2013
3. March 26, 2013 is the meet and confer date relative to Joint Pretrial Statement, Witness lists, exhibits list, etc.;
4. April 2, 2013 will be the date for filing the Joint Pretrial Statement, Trial Briefs, Jury Instructions, a Witness List, and an exhibit exchange;
5. April 9, 2013 will be the date for filing Motions in Limine and Objections to proposed evidence;
6. April 16, 2013 will be the date for Oppositions to Motions in Limine;
7. April 30, 2013 will be the date for Replies to Oppositions of Motions in Limine.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 15, 2012        _____/s/ Saundra B. Armstrong_____
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

4830-5821-6465, v. 1

(No. CV 08-04193 SBA)
STIPULATION FOR ORDER AND ORDER TO REGARDING
NEW TRIAL DATES AND RELATED SCHEDULING DATES