UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHITTLESTONE, INC., a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>HANDI-CRAFT COMPANY, a Missouri corporation,<br><br>        Defendant. | Case No. CV 08-04193 SBA<br><br>**ORDER DENYING DEFENDANT HANDI-CRAFT'S MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF HANDI-CRAFT'S MOTIONS IN LIMINE** |
| HANDI-CRAFT COMPANY,<br><br>        Counter-Claimant,<br><br>vs.<br><br>WHITTLESTONE, INC.,<br><br>        Counter-Defendant. | |

Having read and considered Defendant Handi-Craft's Motion for Administrative Relief to Exceed Page Limit for Memorandum in Support of Handi-Craft's Motions in Limine and Plaintiff Whittlestone's opposition thereto,

**IT IS HEREBY ORDERED** that:

The motion is denied for failure to show good cause.

Dated: _3/29/13

                                                                                       *Saundra B. Armstrong*
Hon. Saundra Brown Armstrong
United States District Court Judge