HERZOG CREBS LLP
Peter W. Herzog, *Pro Hac Vice*
Michael A. Vitale, *Pro Hac Vice*
100 North Broadway, 14th Floor
St. Louis, MO 63102
Telephone: (314) 231-6700
Facsimile: (314) 231-4656
E-Mail address: pwh@herzogcrebs.com
mav@herzogcrebs.com

BURNHAM BROWN
Dean Pollack State Bar No. 176440
Rohit A. Sabnis, State Bar No. 221465
1901 Harrison Street, 11th Floor
Oakland, CA 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
E-Mail address: dpollack@burnhambrown.com
rsabnis@burnhambrown.com

Attorneys for Defendant/Counter-Claimant
HANDI-CRAFT COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

WHITTLESTONE, INC., a California corporation,

Plaintiff,

v.

HANDI-CRAFT COMPANY, a Missouri corporation,

Defendants.

HANDI-CRAFT COMPANY,

Counter-Claimant,

v.

WHITTLESTONE, INC.,

Counter-Defendant.

No. CV 08-04193 SBA

Assigned to the Hon. Saundra B. Armstrong, Courtroom 3

**STIPULATION FOR ORDER AND ORDER RESETTING DATE FOR EXCHANGE OF DEMONSTRATIVE EXHIBITS AND FILING OF OBJECTIONS**

Pursuant to Civil Local Rules 7-1(a)(5) and 7-12 and Federal Rules of Civil Procedure ("FRCivP") 16(b)(4), Plaintiff Whittlestone, Inc. ("Whittlestone") and Defendant Handi-Craft Company ("Handi-Craft"), by and through their counsel, hereby stipulate to the following:

**WHEREAS**, the parties' initial pre-trial compliance is due on April 2, 2013.

**WHEREAS**, one of the elements of that pre-trial compliance is an exchange of proposed demonstrative exhibits.

**WHEREAS**, the parties are in need of an additional seven (7) days to finalize and exchange demonstrative exhibits only.

**WHEREAS,** the parties are not requesting any other changes to the existing pre-trial compliance filing dates.

**NOW THEREFORE**, the parties have agreed to the following resetting of the date for the exchange of demonstrative exhibits and the filing of objections thereto:

1. New date for the exchange of demonstrative exhibits by the parties: April 9, 2013.
2. New date for the filing of objections to proposed demonstrative exhibits: April 16, 2013.

**IT IS SO STIPULATED.**

Dated: March 28, 2013

MORGAN, FRANICH, FREDKIN & MARSH

By: /S/ Mark B. Fredkin
Mark B. Fredkin
Attorneys for Plaintiff
WHITTLESTONE, INC.

Dated: March 28, 2013

HERZOG CREBS LLP

By: /s/ Michael A. Vitale
MICHAEL A. VITALE
Attorneys for Defendant/Counter-Claimant
HANDI-CRAFT COMPANY

Case4:08-cv-04193-SBA Document134 Filed03/29/13 Page3 of 3

**ORDER**

Pursuant to the above Stipulation, the dates for the exchange of proposed demonstrative exhibits and the filing of objections thereto are as follows:

1. New date for the exchange of demonstrative exhibits by the parties: April 9, 2013.
2. New date for the filing of objections to proposed demonstrative exhibits: April 16, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ~~March 28, 2013~~ XXXXXXXXXX 3/29/13

HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\1000\1013\1013-0037\Pre-trial\Stipulation for Resetting Demonstrative 3-28-13.doc

3

STIPULATION FOR ORDER AND ORDER RESETTING DATE FOR EXCHANGE OF DEMONSTRATIVE EXHIBITS AND FILING OF OBJECTIONS

No. CV 08-04193