1  MARK B. FREDKIN, ESQ. (SBN 53550)
   WILLIAM SIAMAS, ESQ. (SBN 133111)
2  DAVID A. KAYS, ESQ. (SBN 120798)
   MORGAN, FRANICH, FREDKIN & MARSH
3  99 Almaden Boulevard, Suite 1000
   San Jose, California  95113-1613
4  Telephone: (408) 288-8288
   Facsimile:  (408) 288-8325

5  Attorneys for Plaintiff/Counter-Defendant
   WHITTLESTONE, INC.
6
   HERZOG CREBS LLP
7  Peter W. Herzog, *Pro Hac Vice*
   Michael A. Vitale, *Pro Hac Vice*
8  100 North Broadway, 14th Floor
   St. Louis, MO 63102
9  Telephone:      (314) 231-6700
   Facsimile:      (314) 231-4656
10 E-Mail address: pwh@herzogcrebs.com
                   mav@herzogcrebs.com
11
   BURNHAM BROWN
12 Dean Pollack State Bar No. 176440
   Rohit A. Sabnis, State Bar No. 221465
13 1901 Harrison Street, 11th Floor
   Oakland, CA 94612
14 Telephone:    (510) 444-6800
   Facsimile:    (510) 835-6666
15 E-Mail address: dpollack@burnhambrown.com
                   rsabnis@burnhambrown.com
16
   Attorneys for Defendant/Counter-Claimant
17 HANDI-CRAFT COMPANY

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                       OAKLAND DIVISION

| | |
|---|---|
| WHITTLESTONE, INC., a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>HANDI-CRAFT COMPANY, a Missouri corporation,<br><br>   Defendants. | No. CV 08-04193 SBA<br><br>Assigned to the Hon. Saundra B. Armstrong, Courtroom 3<br><br>**STIPULATION FOR ORDER AND ORDER RESETTING DATE FOR HANDI-CRAFT TO FILE OBJECTIONS TO WHITTLESTONE'S TRIAL EXHIBITS** |

1

| | |
|---|---|
| 1 | HANDI-CRAFT COMPANY, |
| 2 | Counter-Claimant, |
| 3 | v. |
| 4 | WHITTLESTONE, INC., |
| 5 | Counter-Defendant. |

Pursuant to Civil Local Rules 7-1(a)(5) and 7-12 and Federal Rules of Civil Procedure ("FRCivP") 16(b)(4), Plaintiff Whittlestone, Inc. ("Whittlestone") and Defendant Handi-Craft Company ("Handi-Craft"), by and through their counsel, hereby stipulate to the following:

**WHEREAS**, pursuant to the pretrial order the parties' were required to exchange exhibits on April 2, 2013;

**WHEREAS**, despite timely delivery by Whittlestone to Fedex for an April 2, 2013 delivery of Whittlestone's trial exhibits to Handi-Craft, Fedex failed to deliver Whittlestone's trial exhibits to Handi-Craft until April 3, 2013;

**WHEREAS**, the current date for filing objections to trial exhibits is April 9, 2013; and

**WHEREAS,** as a result of the Fedex delivery issue, the parties agree that Handi-Craft should have an extra day to file its objections to Whittlestone's trial exhibits;

**NOW THEREFORE**, the parties have agreed to the following resetting of the date for Handi-Craft to file its objections to Whittlestone's trial exhibits to April 10, 2013.

**IT IS SO STIPULATED.**

Dated: March 28, 2013        MORGAN, FRANICH, FREDKIN & MARSH

By:    /S/ Mark B. Fredkin
       Mark B. Fredkin
       Attorneys for Plaintiff
       WHITTLESTONE, INC.

| | |
|---|---|
| Dated: March 28, 2013 | HERZOG CREBS LLP |

By:     /s/ Michael A. Vitale
MICHAEL A. VITALE
Attorneys for Defendant/Counter-Claimant
HANDI-CRAFT COMPANY

**ORDER**

Pursuant to the above Stipulation, the date for Handi-Craft to file its objections to Whittlestone's trial exhibits shall now be April 10, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 4, 2013

_____
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\1000\1013\1013-0037\Stipulation.doc

3

STIPULATION FOR ORDER AND ORDER RESETTING DATE FOR EXCHANGE OF DEMONSTRATIVE EXHIBITS AND FILING OF OBJECTIONS

No. CV 08-04193