MARK B. FREDKIN, ESQ. (SBN 53550)
WILLIAM SIAMAS, ESQ. (SBN 133111)
DAVID A. KAYS, ESQ. (SBN 120798)
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Plaintiff/Counter-Defendant
WHITTLESTONE, INC.

HERZOG CREBS LLP
Peter W. Herzog, *Pro Hac Vice*
Michael A. Vitale, *Pro Hac Vice*
100 North Broadway, 14th Floor
St. Louis, MO 63102
Telephone:   (314) 231-6700
Facsimile:   (314) 231-4656
E-Mail address:  pwh@herzogcrebs.com
                 mav@herzogcrebs.com

BURNHAM BROWN
Dean Pollack State Bar No. 176440
Rohit A. Sabnis, State Bar No. 221465
1901 Harrison Street, 11th Floor
Oakland, CA 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666
E-Mail address:  dpollack@burnhambrown.com
                 rsabnis@burnhambrown.com

Attorneys for Defendant/Counter-Claimant
HANDI-CRAFT COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHITTLESTONE, INC., a California corporation,<br><br>              Plaintiff,<br><br>v.<br><br>HANDI-CRAFT COMPANY, a Missouri corporation,<br><br>              Defendants. | No. CV 08-04193 SBA<br><br>Assigned to the Hon. Saundra B. Armstrong, Courtroom 3<br><br>**STIPULATION FOR ORDER AND ORDER RESETTING DATE FOR HANDI-CRAFT TO FILE OBJECTIONS TO WHITTLESTONE'S TRIAL EXHIBITS** |

1

STIPULATION FOR ORDER AND ORDER                                   No. CV 08-04193
RESETTING DATE FOR EXCHANGE OF
DEMONSTRATIVE EXHIBITS AND FILING
OF OBJECTIONS

| | |
|---|---|
| HANDI-CRAFT COMPANY, | |
| Counter-Claimant, | |
| v. | |
| WHITTLESTONE, INC., | |
| Counter-Defendant. | |

Pursuant to Civil Local Rules 7-1(a)(5) and 7-12 and Federal Rules of Civil Procedure ("FRCivP") 16(b)(4), Plaintiff Whittlestone, Inc. ("Whittlestone") and Defendant Handi-Craft Company ("Handi-Craft"), by and through their counsel, hereby stipulate to the following:

**WHEREAS**, pursuant to the pretrial order the parties' were required to exchange exhibits on April 2, 2013;

**WHEREAS**, despite timely delivery by Whittlestone to Fedex for an April 2, 2013 delivery of Whittlestone's trial exhibits to Handi-Craft, Fedex failed to deliver Whittlestone's trial exhibits to Handi-Craft until April 3, 2013;

**WHEREAS**, the current date for filing objections to trial exhibits is April 9, 2013; and

**WHEREAS,** as a result of the Fedex delivery issue, the parties agree that Handi-Craft should have an extra day to file its objections to Whittlestone's trial exhibits;

**NOW THEREFORE**, the parties have agreed to the following resetting of the date for Handi-Craft to file its objections to Whittlestone's trial exhibits to April 10, 2013.

**IT IS SO STIPULATED.**

Dated:   March 28, 2013            MORGAN, FRANICH, FREDKIN & MARSH

                                   By:   /S/ Mark B. Fredkin
                                         Mark B. Fredkin
                                         Attorneys for Plaintiff
                                         WHITTLESTONE, INC.

2

STIPULATION FOR ORDER AND ORDER
RESETTING DATE FOR EXCHANGE OF
DEMONSTRATIVE EXHIBITS AND FILING
OF OBJECTIONS                                                   No. CV 08-04193

Dated: March 28, 2013        HERZOG CREBS LLP


By:    /s/ Michael A. Vitale
MICHAEL A. VITALE
Attorneys for Defendant/Counter-Claimant
HANDI-CRAFT COMPANY


**ORDER**

Pursuant to the above Stipulation, the date for Handi-Craft to file its objections to Whittlestone's trial exhibits shall now be April 10, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 4, 2013


_____
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE


P:\1000\1013\1013-0037\Stipulation.doc