UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHITTLESTONE, INC., a California corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>HANDI-CRAFT COMPANY, a Missouri corporation,<br><br>      Defendant. | Case No:  C 08-04193 SBA<br><br>**ORDER** |

    IT IS HEREBY ORDERED THAT the pretrial conference is CONTINUED from May 7, 2013 to June 11, 2013 at 1:00 p.m.; the action is REFERRED to Magistrate Judge Nathanael Cousins for a mandatory settlement conference to take place on May 9, 2013 at 9:30 a.m.; and a Case Management Conference is scheduled for May 23, 2013 at 2:15 p.m. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date.  The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

    IT IS SO ORDERED.

Dated: 4/26/13

                                                          SAUNDRA BROWN ARMSTRONG<br>
                                                          United States District Judge