MARK B. FREDKIN, ESQ. (SBN 53550)
WILLIAM SIAMAS, ESQ. (SBN 133111)
DAVID A. KAYS, ESQ. (SBN 120798)
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California  95113-1613
Telephone: (408) 288-8288
Facsimile:  (408) 288-8325

Attorneys for Plaintiff/Counter-Defendant
WHITTLESTONE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WHITTLESTONE, INC., a California corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>HANDI-CRAFT COMPANY, a Missouri corporation,<br><br>    Defendant and Counter-Claimant. | Case No. CV 08-04193 SBA<br><br>**STIPULATION AND ORDER TO VACATE TRIAL DATE AND TRANSFER THE CASE TO MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY FOR TRIAL** |

Pursuant to Civil Local Rules 7-1(a)(5) and 7-12 and Federal Rules of Civil Procedure ("FRCivP") 16(b)(4), Plaintiff/Counter-Defendant Whittlestone, Inc. and Defendant/Counter-Claimant Handi-Craft Company, by and through their counsel, hereby stipulate to the following:

**WHEREAS** the original trial date of September 21, 2012 was vacated by the court on June 28, 2012 and reset for trial on October 21, 2013;

**WHEREAS** because of date conflicts and medical issues the parties desire to reset the case for trial in late January or February, 2014;

**WHEREAS** the parties, in accordance with the provisions of Title 28, U.S.C. Section

636(c), hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit;

**WHEREFORE** the parties, through their respective counsel, hereby stipulate and agree to transfer the case to Magistrate Judge Jacqueline Scott Corley for trial, to be held in late January or February, 2014, or as soon thereafter as her calendar will allow.

**IT IS SO STIPULATED.**

MORGAN, FRANICH, FREDKIN & MARSH

Dated: October 1, 2013

/s/ Mark B. Fredkin
By:_____
Mark B. Fredkin
Attorneys for Plaintiff/Counter-Defendant
WHITTLESTONE, INC.

BURNHAM BROWN
HERZOG CREBS, LLP

Dated: October 1, 2013

/s/ Michael A. Vitale
By:_____
Michael A. Vitale
Attorneys for Defendant/Counter-Claimant
HANDI-CRAFT COMPANY

## **O R D E R**

The Court having considered the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the pretrial and trial dates are vacated and the case is transferred to Magistrate Judge Jacqueline Scott Corley to be set for trial in late January or February, 2014, or as soon thereafter as her calendar will allow.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: 10/1/2013          _____
4                            HON. SAUNDRA B. ARMSTRONG
                             UNITED STATES DISTRICT JUDGE