IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITTLESTONE, INC., <br><br> Plaintiff, <br><br> v. <br><br> HANDI-CRAFT COMPANY, <br><br> Defendant. | Case No.: 08-cv-4193 JSC <br><br> **PRETRIAL ORDER NO. 1** |

Following the Case Management Conference held on October 3, 2013, IT IS HEREBY ORDERED THAT:

## I. TRIAL DATE

A. Jury trial will begin on January 27, 2014, at 8:30 a.m., in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.

B. The Court is expecting the length of the trial to not exceed two weeks.

## II. PRETRIAL CONFERENCE

The Court will hold a Pretrial Conference on December 12, 2013, at 2:00 p.m., in Courtroom F, 15th Floor to hear the currently pending motions in limine. Lead trial counsel for each party shall attend.

At the December 12, 2013 hearing, the Court will set a date for a further Pretrial Conference and deadlines for submission of a Joint Pretrial Conference Statement, jury instructions, verdict forms, and exhibits.

**IT IS SO ORDERED.**

Dated: October 4, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE